COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:    01-13-00412-CV

Trial Court Cause
Number:    2011-43366

Style:    In re Noble Drilling (Jim Thompson), LLC

Date motion filed[*]:    May 15, 2013

Type of motion:    Emergency Motion to Stay

Party filing motion:    Relator

Document to be filed:    N/A

Is appeal accelerated? ☐ YES   ☒ NO

Ordered that motion is:

☒   Granted

       If document is to be filed, document due: _____

       ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐   Denied

☐   Dismissed (*e.g.*, want of jurisdiction, moot)

☒   Other:  The court grants the motion to stay all proceedings in the trial court except for discovery unrelated to photographs.  No further hearings on discovery disputes may be conducted during the pendency of this mandamus proceeding.

Judge's signature: /s/ Harvey Brown
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: May 17, 2013